People v Alba (2026 NY Slip Op 00638)

People v Alba

2026 NY Slip Op 00638

Decided on February 11, 2026

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

No. 12 

[*1]The People & c., Respondent,
vDarling Alba, Appellant.

Mark W. Zeno, for appellant. 
David Gagne, for respondent. 

MEMORANDUM:
The appeal should be dismissed without prejudice.
Defendant has been involuntarily removed from the United States due to convictions unrelated to the present appeal. We have discretionary authority to dismiss defendant's appeal due to such removal (see People v Diaz, 7 NY3d 831, 832 [2006]; see also People v Ventura, 17 NY3d 675, 680 [2011]; People v Harrison, 27 NY3d 281, 288 [2016]). Defendant's appeal is dismissed without prejudice to defendant moving to reinstate the appeal should he return to this Court's jurisdiction.
Appeal dismissed without prejudice, in a memorandum. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided February 11, 2026